429 A.2d 74

Commonwealth v. Watson, Appellant.

Submitted April 16, 1980. John H. Corbett, Jr., Chief, Appeals, Assistant Public Defender, for appellant; Charles W. Johns, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, HOFFMAN and VAN der VOORT, JJ.

Judgment of sentence affirmed.